# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA, et al. ex rel. VERUM CURIS LLC, MARK NEWKIRK, and CHRISTOPHER M. MURRAY,

    *Plaintiffs,*

v.

CVS CAREMARK CORP., et al.,

    *Defendants.*

Hon. Esther Salas, U.S.D.J.

*Civil Action No.* 20-cv-1313 (ES) (CLW)

**ORDER UNSEALING COMPLAINT**

The United States and the named states, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and analogous statutes of the named states, the Court rules as follows:

IT IS on this 18th day of November, 2022,

ORDERED that:

1. The Complaint shall be unsealed and served upon the defendant by the relator;

2. This Order and the United States' Notice of Election to Decline to Intervene shall be unsealed, and the relator shall serve these documents upon the defendant after service of the Complaint;

3. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendant;

4. The seal is lifted as to all other matters occurring in this action after the date of this Order;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and the named states, as provided for in 31 U.S.C. § 3730(c)(3). The United States and the named states may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time and may seek the dismissal of the relator's action or claim;

6. The parties shall serve all notices of appeal upon the United States and the named states;

7. All orders of this Court shall be sent to the United States and the named states; and

8. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the named states before ruling or granting its approval.

9. In accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen, § 2-604 (a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

_____
HON. ESTHER SALAS
United States District Judge